UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ESTATE OF MALINDA E. BEARDEN, MALINDA C. GADDIS, TRAVIS E. BEARDEN, MARK A. BEARDEN, TIMOTHY L. BEARDEN, MICHAEL A. BEARDEN, LARRY HARVELL, TRUSTEE FOR ASSOCIATES FINANCE, INC., UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF MALINDA E. BEARDEN, DECEASED, AND NON-RECORD CLAIMANTS, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) CIVIL NO. 06-3_____ |

NOTICE OF FORECLOSURE

The undersigned certifies that the above entitled mortgage foreclosure action was filed on August 22, 2006, and is now pending.

(i) The names of all plaintiffs and the case number are identified above.

(ii) The court in which said action was brought is identified above.

(iii) The name of the title holder of record is: Malinda E. Bearden (now deceased)

(iv) A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lot Three Hundred Sixty-eight (368) Plat Thirty-Nine (39) Meadow Brook Subdivision, City of Auburn, County of Sangamon and State of Illinois. Excepting the coal and mineral rights underlying the surface of said land and all rights and easements in favor of the estate of said coal and minerals.
>
> PIN NO. 34-11-128-008

(v)   A common address or description of the location of the real estate is as follows:

402 Heather Lane, Auburn, IL  62615

(vi)  An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Names of mortgagors: | Malinda E. Bearden (deceased) and George A. Bearden (deceased) |
| Name of mortgagee: | United States of America, United States Department of Agriculture |
| Date of mortgage: | June 25, 1987 |
| Date of recording: | July 2, 1987 |
| County where recorded: | Sangamon County, Illinois |

Recording document identification:  Recorded as Doc. No. 71733

Respectfully submitted,
RODGER A. HEATON
United States Attorney

s/ James A. Lewis
By: _____
James A. Lewis, NC Bar No. 5470
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL  62701
Telephone:  (217) 492-4450
Fax:  (217) 492-4888
Email:  jim.lewis2@usdoj.gov

This instrument was prepared by James A. Lewis, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL  62701.

Please return recorded notice to James A. Lewis, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL  62701.