IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-3182 |
| | ) |
| ESTATE OF MALINDA E. BEARDEN, | ) |
| MALINDA C. GADDIS, TRAVIS E. BEARDEN, | ) |
| MARK A. BEARDEN, TIMOTHY L. BEARDEN, | ) |
| MICHAEL A. BEARDEN, LARRY HARVELL, | ) |
| TRUSTEE FOR ASSOCIATES FINANCE, INC., | ) |
| UNKNOWN OWNERS, INCLUDING | ) |
| UNKNOWN HEIRS AND LEGATEES OF | ) |
| MALINDA E. BEARDEN, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

**REQUEST FOR EXTENSION OF TIME FOR SERVICE**

The United States requests an extension of 90 days in which to serve upon defendants Unknown Owners, Including Unknown Heirs and Legatees of Malinda E. Bearden, Deceased, and Non-Record Claimants, Summons and Complaint in the above-entitled foreclosure action. The Complaint was filed August 22, 2006, and the 120-day period for service expires December 20, 2006.

Publication must now be made for six (6) consecutive weeks for Unknown Owners, Including Unknown Heirs and Legatees of Malinda E. Bearden, Deceased, and Non-Record Claimants, therefore the United States is requesting an extension of time of 90 days in which it will complete the required publication.

                                        Respectfully submitted,
                                        RODGER A. HEATON
                                        United States Attorney

                                        s/ James A. Lewis
By:      _____
                                        James A. Lewis, NC Bar No. 5470
                                        Attorney for Plaintiff
                                        United States Attorney's Office
                                        318 South Sixth Street
                                        Springfield, IL  62701
                                        Telephone:  (217) 492-4450
                                        Fax:  (217) 492-4888
                                        Email:  jim.lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the foregoing to:

    Michael A. Bearden
    9577 Booth Road
    Pleasant Plains, IL 62667

    Malinda C. Gaddis
    215 E. Holden Street
    Virden, IL 62690-1415

    Travis Bearden
    215 E. Holden Street
    Virden, IL 62690-1415

    Timothy L. Bearden
    718 W. Stottler Place
    Gilbert, AZ 85233

    Mark A. Bearden
    421 S. Lincoln Street
    Divernon, IL 62530

    Citi Finance Mortgage
    fka Associates Finance, Inc.
    Attn: Gary Coleman
    1111 Northpoint Road
    Suite 100, Building 4
    Coppell, TX 75019

    December 20, 2006                s/ James A. Lewis
Date:_____            _____
                                                     James A. Lewis