IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL NO. 06-3182 ) |
| ESTATE OF MALINDA E. BEARDEN, MALINDA C. GADDIS, TRAVIS E. BEARDEN, MARK A. BEARDEN, TIMOTHY L. BEARDEN, MICHAEL A. BEARDEN, LARRY HARVELL, TRUSTEE FOR ASSOCIATES FINANCE, INC., UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF MALINDA E. BEARDEN, DECEASED, AND NON-RECORD CLAIMANTS, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

MOTION FOR ORDER FOR SERVICE BY PUBLICATION

Plaintiff in the above-entitled cause states that this is an action to enforce the lien upon real property situated in this district and described as follows, to wit:

> Lot Three Hundred Sixty-eight (368) Plat Thirty-Nine (39) Meadow Brook Subdivision, City of Auburn, County of Sangamon and State of Illinois. Excepting the coal and mineral rights underlying the surface of said land and all rights and easements in favor of the estate of said coal and minerals.
>
> PIN NO. 34-11-128-008

and that Unknown Owners, Including Unknown Heirs and Legatees of Malinda E. Bearden, Deceased, and Non-Record Claimants, defendants in this suit, cannot be found in the State of Illinois in which this suit has been commenced.

The plaintiff further says that personal service outside of that State is not practicable for the reason that it has no knowledge as to the residence of said defendants or where they can be found, although, plaintiff has made diligent efforts to learn the whereabouts of the defendants, as more fully appears from the Affidavit of James A. Lewis, Assistant United States Attorney, on file in the case.

WHEREFORE, plaintiff United States of America moves this Court to enter an order for publication in a newspaper for a time to be designated by this Court pursuant to 28 U.S.C.A. § 1655.

                                                Respectfully submitted,
RODGER A. HEATON
United States Attorney

                                                s/ James A. Lewis
By:    _____
James A. Lewis, NC Bar No. 5470
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL  62701
Telephone:  (217) 492-4450
Fax:  (217) 492-4888
Email:  jim.lewis2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the foregoing to:

        Michael A. Bearden
        9577 Booth Road
        Pleasant Plains, IL 62667

        Malinda C. Gaddis
        215 E. Holden Street
        Virden, IL 62690-1415

        Travis Bearden
        215 E. Holden Street
        Virden, IL 62690-1415

        Timothy L. Bearden
        718 W. Stottler Place
        Gilbert, AZ  85233

        Mark A. Bearden
        421 S. Lincoln Street
        Divernon, IL 62530

        Citi Finance Mortgage
        fka Associates Finance, Inc.
        Attn:  Gary Coleman
        1111 Northpoint Road
        Suite 100, Building 4
        Coppell, TX  75019

    December 20, 2006                s/ James A. Lewis
Date:_____        _____
                                                         James A. Lewis

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-3182 |
| | ) |
| ESTATE OF MALINDA E. BEARDEN, | ) |
| MALINDA C. GADDIS, TRAVIS E. BEARDEN, | ) |
| MARK A. BEARDEN, TIMOTHY L. BEARDEN, | ) |
| MICHAEL A. BEARDEN, LARRY HARVELL, | ) |
| TRUSTEE FOR ASSOCIATES FINANCE, INC., | ) |
| UNKNOWN OWNERS, INCLUDING | ) |
| UNKNOWN HEIRS AND LEGATEES OF | ) |
| MALINDA E. BEARDEN, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

AFFIDAVIT FOR SERVICE BY PUBLICATION

James A. Lewis, states, under penalty of perjury, that:

1. Deponent is an Assistant United States Attorney, represents the plaintiff in this matter, and is authorized to make this Affidavit.

2. This Affidavit is made pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure, and Chapter 735 of Illinois Compiled Statutes, Sections 5/2-206, 5/2-207, 5/2-413, 5/15-1218, 5/15-1501, and 5/15-1502, and Title 28 United States Code, Sections 1655 and 1964, for the purpose of obtaining jurisdiction of the above court over defendants herein designated as Unknown Owners, Including Unknown Heirs and Legatees of Malinda E. Bearden, Deceased, and Non-Record Claimants, of the real estate described in the complaint filed herein.

3. Deponent further says that he has made due and diligent inquiry to find the following defendants to this action and to ascertain their respective places of residence, to-wit: Unknown Owners, Including Unknown Heirs and Legatees of Malinda E. Bearden, Deceased, and Non-Record Claimants; that upon due inquiry such defendants cannot be found, so that process cannot be served upon any of them, nor on diligent inquiry can the place of residence of any of them be ascertained, nor can the place where any of them has heretofore resided be ascertained.

Further, deponent sayeth not.

        Respectfully submitted,
        RODGER A. HEATON
        United States Attorney

s/ James A. Lewis

By: _____

James A. Lewis, NC Bar No. 5470
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL  62701
Telephone:  (217) 492-4450
Fax:  (217) 492-4888
Email:  jim.lewis2@usdoj.gov

Subscribed and sworn to before me
this 20th day of December, 2006.

/s/ Kathleen G. Gaillard        (SEAL AFFIXED)
_____
Notary Public

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the foregoing to:

>Michael A. Bearden
>9577 Booth Road
>Pleasant Plains, IL 62667
>
>Malinda C. Gaddis
>215 E. Holden Street
>Virden, IL 62690-1415
>
>Travis Bearden
>215 E. Holden Street
>Virden, IL 62690-1415
>
>Timothy L. Bearden
>718 W. Stottler Place
>Gilbert, AZ  85233
>
>Mark A. Bearden
>421 S. Lincoln Street
>Divernon, IL 62530
>
>Citi Finance Mortgage
>fka Associates Finance, Inc.
>Attn:  Gary Coleman
>1111 Northpoint Road
>Suite 100, Building 4
>Coppell, TX  75019

| | |
|---|---|
| December 20, 2006<br>Date:_____ | s/ James A. Lewis<br>_____<br>James A. Lewis |