IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-3182 |
| | ) |
| ESTATE OF MALINDA E. BEARDEN, | ) |
| MALINDA C. GADDIS, TRAVIS E. BEARDEN, | ) |
| MARK A. BEARDEN, TIMOTHY L. BEARDEN, | ) |
| MICHAEL A. BEARDEN, LARRY HARVELL, | ) |
| TRUSTEE FOR ASSOCIATES FINANCE, INC., | ) |
| UNKNOWN OWNERS, INCLUDING | ) |
| UNKNOWN HEIRS AND LEGATEES OF | ) |
| MALINDA E. BEARDEN, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

ORDER FOR SERVICE BY PUBLICATION

This cause coming on to be heard upon the motion of Plaintiff, United States of America, for an order requiring the appearance of the defendants, Unknown Owners, Including Unknown Heirs and Legatees of Malinda E. Bearden, Deceased, and Non-Record Claimants, and it appearing to the Court that this is a suit to enforce a legal or equitable lien upon or claim to real property within this district, and that the defendants cannot be found or served within the State of Illinois, and have not voluntarily appeared herein, and that personal service within the State upon such defendants is not practicable because their particular address is unknown to plaintiff and cannot be found;

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the defendants, Unknown Owners, Including Unknown Heirs and Legatees of Malinda E. Bearden, Deceased, and Non-Record Claimants, shall appear in this Court and plead to the complaint heretofore filed herein on or before March 13, 2007, and, in default thereof, the Court will proceed to hearing and adjudication of this cause before the court, in the same manner as if such absent defendants had been served with process within the State of Illinois; and,

IT IS, THEREFORE, ORDERED that Notice of this Order be published in the State Journal-Register, a newspaper published in the City of Springfield, Illinois, not less than once each week for six (6) consecutive weeks prior to the return date hereinbefore designated.

ENTERED this 21st day of December, 2006.

s/ Byron G. Cudmore
_____
BYRON CUDMORE
UNITED STATES MAGISTRATE JUDGE