E-FILED
Thursday, 11 January, 2007 04:02:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-3182 |
| | ) |
| ESTATE OF MALINDA E. BEARDEN, | ) |
| MALINDA C. GADDIS, TRAVIS E. BEARDEN, | ) |
| MARK A. BEARDEN, TIMOTHY L. BEARDEN, | ) |
| MICHAEL A. BEARDEN, LARRY HARVELL, | ) |
| TRUSTEE FOR ASSOCIATES FINANCE, INC., | ) |
| UNKNOWN OWNERS, INCLUDING | ) |
| UNKNOWN HEIRS AND LEGATEES OF | ) |
| MALINDA E. BEARDEN, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF PUBLICATION

Notice is hereby given to Unknown Owners, Including Unknown Heirs and Legatees of Malinda E. Bearden, Deceased, and Non-Record Claimants, of the complaint for foreclosure filed in the above-entitled case on August 22, 2006, and that they are named defendants in the above-entitled case, pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure, and Chapter 735 of Illinois Compiled Statutes, Sections 5/2-206, 5/2-207, 5/2-413, 5/15-1218, 5/15-1501, and 5/15-1502, and Title 28 United States Code, Sections 1655 and 1964,   and that the above-entitled mortgage foreclosure suit is now pending in said court.  You, Unknown Owners, Including Unknown Heirs and Legatees of Malinda E. Bearden, Deceased, and Non-Record Claimants, are hereby notified that on December 21, 2006, an order was

entered in this cause by the Honorable Byron Cudmore, United States Magistrate Judge of this Court, ordering that you shall appear in this case and plead to the complaint heretofore filed herein on or before March 13, 2007, and in default thereof the court will proceed to a hearing and an adjudication of this cause before the court, in the same manner as if you had been served with process within the State of Illinois, and that the following information applies to said foreclosure proceeding:

    i)  The names of all plaintiffs and the case number are identified above;

    ii)  The court in which said action was brought is identified above;

    iii)  The name of the title holder of record is:  Malinda E. Bearden (now deceased)

    iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lot Three Hundred Sixty-eight (368) Plat Thirty-Nine (39) Meadow Brook Subdivision, City of Auburn, County of Sangamon and State of Illinois. Excepting the coal and mineral rights underlying the surface of said land and all rights and easements in favor of the estate of said coal and minerals.
>
> PIN NO. 34-11-128-008

    v)  A common address or description of the location of the real estate is as follows:

> 402 Heather Lane, Auburn, IL  62615

    vi)  An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Name of mortgagors: | Malinda E. Bearden (deceased) and George A. Bearden (deceased) |
| Name of mortgagee: | United States of America, United States Department of Agriculture |
| Name of mortgage: | Real Estate Mortgage |
| Date of mortgage: | June 25, 1987 |

       Date of recording:       July 2, 1987

       County where recorded:    Sangamon County

       Recording document identification:  Recorded as Doc. No. 71733

                                     s/ John M. Waters
                                       _____
                                       JOHN M. WATERS
                                       CLERK OF THE DISTRICT COURT

RODGER A. HEATON
United States Attorney


s/ James A. Lewis
_____
James A. Lewis, NC Bar No. 5470
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL  62701
Telephone:  (217) 492-4450
Fax:  (217) 492-4888
Email:  jim.lewis2@usdoj.gov