E-FILED
Thursday, 22 March, 2007 09:58:58 AM
Clerk, U.S. District Court, ILCD

Certificate of Publication in THE STATE JOURNAL-REGISTER by The Copley Press, Inc.

---

**STATE OF ILLINOIS**
**COUNTY OF SANGAMON** ss

**THE COPLEY PRESS, INC., DOES HEREBY CERTIFY:**

That it is a corporation duly organized and existing under the laws of the State of Illinois;

That it is the publisher of *The State Journal-Register*, a secular daily newspaper printed and published in the City of Springfield, in Sangamon County, Illinois, and of general circulation in said City, County and State; and that it is a newspaper as defined in "An Act to revise the law in relation to notices" - Illinois Compiled Statutes, Chapter 715 Sections 1 and 5.

That a notice of which the annexed is a true copy has been regularly published in said newspaper one time each week for six successive weeks; that the first publication of said notice was on the twenty-second day of January, 2007, and the last publication thereof was on the twenty-sixth day of February, 2007,

That the face of type in which each publication of said notice was printed was the same as the body of type used in the classified advertising in the newspaper in which said publication was made;

That said *The State Journal-Register* has been regularly published in said City, County and State for at least one year Prior to publication of said notice.

**In WITNESS WHEREOF**, said The Copley Press, Inc., publisher as aforesaid, has executed this Certificate of Publication by its Officer or Agent thereunto duly authorized this twenty-sixth day of February, 2007.

THE COPLEY PRESS, INC.

By 
ITS VICE PRESIDENT

Printer's Fee $1142.64

---

No. 07-165

IN THE UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS SPRINGFIELD DIVISION
UNITED STATES OF AMERICA,
Plaintiff,
v. CIVIL NO. 06-3182
ESTATE OF MALINDA E. BEARDEN, MALINDA C. CADDIS, TRAVIS E. BEARDEN, MARK A. BEARDEN, TIMOTHY L. BEARDEN, MICHAEL A. BEARDEN, LARRY HARVELL, TRUSTEE FOR ASSOCIATES FINANCE, INC., UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF MALINDA E. BEARDEN, DECEASED, AND NON-RECORD CLAIMANTS,
Defendants.

NOTICE OF PUBLICATION

Notice is hereby given to Unknown Owners, including Unknown Heirs and Legatees of Malinda E. Bearden, Deceased, and Non-Record Claimants, of the complaint for foreclosure filed in the above-entitled case on August 22, 2006, and that they are named defendants in the above-entitled case, pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure, and Chapter 735 of Illinois Compiled Statutes, Sections 5/2-206, 5/2-207, 5/2-413, 5/15-1218, 5/15-1501, and 5/15-1502, and Title 28 United States Code, Sections 1655 and 1964, and that the above-entitled mortgage foreclosure suit is now pending in said court. You, Unknown Owners, Including Unknown Heirs and Legatees of Malinda E. Bearden, Deceased, and Non-Record Claimants, are hereby notified that on December 21, 2006, an order was entered in this cause by the Honorable Byron Cudmore, United States Magistrate Judge of this Court, ordering that you shall appear in this case and plead to the complaint heretofore filed herein on or before March 13, 2007, and in default thereof the court will proceed to a hearing and an adjudication of this cause before the court, in the same manner as if you had been served with process within the State of Illinois, and that the following information applies to said foreclosure proceeding:

(i) The names of all plainti[ffs] and the case number a[re] identified above;
(ii) The court in which sa[id] action was brought is ident[ified] above;
(iii) The name of the ti[tle] holder of record is: Malin[da] E. Bearden (now deceased)
(iv) A legal description of th[e] real estate sufficient to ide[ntify] it with reasonable ce[rtainty] is as follows:
Lot Three Hundred Sixt[y-]eight (368) Plat Thirty-Ni[ne] (39) Meadow Brook Subdiv[i]sion, City of Auburn, Coun[ty] of Sangamon and State of Illinois. Excepting the coal ar[d] mineral rights underlying th[e] surface of said land and a[ll] rights and easements in fav[or] of the estate of said coal a[nd] minerals.
PIN NO. 34-11-128-008
(v) A common address or d[e]scription of the location [of] the real estate is as follows: 402 Heather Lane, Aubur[n] IL 62615
(vi) An identification of t[he] mortgage sought to be fo[re]closed is as follows:
Name of mortgagors: M[a]linda E. Bearden (decease[d]) and George A. Bearden (d[e]ceased)
Name of mortgagee: Unit[ed] States of America, Unit[ed] States Department of Agric[ul]ture
Name of mortgage: Real [Es]tate Mortgage
Date of mortgage: June [...] 1987
Date of recording: July [...] 1987
County where record[ed]: Sangamon County
Recording document ider[nti]fication: Recorded as D[oc.] No. 71713

s/John M. Wat[ers]
JOHN M. WATE[RS]
CLERK OF THE DISTRI[CT] COU[RT]

RODGER A. HEATON
United States Attorney
s/James A. Lewis
James A. Lewis, DC Bar i[...] 5470
Attorney for Plaintiff
United States Attorney's Office
318 S Sixth St.
Springfield, IL 62701
Telephone: 217/492-4450
Fax: 217/492-4888
Email: jim.lewis2@usdoj.g[ov]