IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-3182 |
| | ) |
| ESTATE OF MALINDA E. BEARDEN, | ) |
| MALINDA C. GADDIS, TRAVIS E. BEARDEN, | ) |
| MARK A. BEARDEN, TIMOTHY L. BEARDEN, | ) |
| MICHAEL A. BEARDEN, LARRY HARVELL, | ) |
| TRUSTEE FOR ASSOCIATES FINANCE, INC., | ) |
| UNKNOWN OWNERS, INCLUDING | ) |
| UNKNOWN HEIRS AND LEGATEES OF | ) |
| MALINDA E. BEARDEN, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR ENTRY OF DEFAULT**

Now comes United States of America, by and through its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney James A. Lewis, and states:

That the complaint herein was filed on August 22, 2006, and the defendants, Malinda C. Gaddis, Travis E. Bearden, Mark A. Bearden, Timothy L. Bearden, Michael A. Bearden, and Citi Finance Mortgage, fka Associates Finance, Inc., each returned Waiver of Service of Summons on September 27, 2006, September 27, 2006, September 8, 2006, November 15, 2006, September 18, 2006, and December 13, 2006, respectively, pursuant to Federal Rule of Civil Procedure 4 and have acknowledged receipt of the complaint as shown by the file in this case. Defendants, Unknown Owners, Including Unknown Heirs and Legatees of Malinda E. Bearden, Deceased, and Non-Record Claimants, were served by proper publication in The State Journal-Register newspaper, Springfield, Illinois, and did not thereafter voluntarily appear in these proceedings.

WHEREFORE, plaintiff, United States of America, prays that default be entered against the defendants, Malinda C. Gaddis, Travis E. Bearden, Mark A. Bearden, Timothy L. Bearden, Michael A. Bearden, Citi Finance Mortgage fka Associates Finance, Inc., Unknown Owners, Including Unknown Heirs and Legatees of Malinda E. Bearden, Deceased, and Non-Record Claimants, for their failure to appear, answer, or otherwise plead in the time and manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

By:  s/ James A. Lewis

James A. Lewis, NC Bar No. 5470
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL  62701
Telephone:  (217) 492-4450
Fax:  (217) 492-4888
Email:  jim.lewis2@usdoj.gov

## AFFIDAVIT

STATE OF ILLINOIS            )
                             ) S.S.
COUNTY OF SANGAMON           )

James A. Lewis, pursuant to Title 28 Section 1746, declares under penalty of perjury that the foregoing is true and correct.  Executed on March 29, 2007.

s/ James A. Lewis

James A. Lewis
Assistant United States Attorney

## CERTIFICATE OF SERVICE

 I hereby certify that I mailed a copy of the foregoing to:

    Michael A. Bearden
    9577 Booth Road
    Pleasant Plains, IL 62667

    Malinda C. Gaddis
    215 E. Holden Street
    Virden, IL 62690-1415

    Travis Bearden
    215 E. Holden Street
    Virden, IL 62690-1415

    Timothy L. Bearden
    718 W. Stottler Place
    Gilbert, AZ  85233

    Mark A. Bearden
    421 S. Lincoln Street
    Divernon, IL 62530

    Citi Finance Mortgage
    fka Associates Finance, Inc.
    Attn:  Gary Coleman
    1111 Northpoint Road
    Suite 100, Building 4
    Coppell, TX  75019

   March 29, 2007          s/ James A. Lewis
Date:_____        _____