E-FILED
Thursday, 29 March, 2007   09:39:16 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 06-3182 |
| | ) | |
| ESTATE OF MALINDA E. BEARDEN, | ) | |
| MALINDA C. GADDIS, TRAVIS E. BEARDEN, | ) | |
| MARK A. BEARDEN, TIMOTHY L. BEARDEN, | ) | |
| MICHAEL A. BEARDEN, LARRY HARVELL, | ) | |
| TRUSTEE FOR ASSOCIATES FINANCE, INC., | ) | |
| UNKNOWN OWNERS, INCLUDING | ) | |
| UNKNOWN HEIRS AND LEGATEES OF | ) | |
| MALINDA E. BEARDEN, DECEASED, AND | ) | |
| NON-RECORD CLAIMANTS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DEFAULT

This cause coming on to be heard before the Court upon the sworn Application of James A. Lewis, Assistant United States Attorney for the Central District of Illinois, and attorney for the plaintiff in the above-entitled cause, and the Court, being fully advised in the premises, finds that the defendants, Malinda C. Gaddis, Travis E. Bearden, Mark A. Bearden, Timothy L. Bearden, Michael A. Bearden, and Citi Finance Mortgage, fka Associates Finance, Inc., returned the Waiver of Service of Summons on September 27, 2006, September 27, 2006, September 8, 2006, November 15, 2006, September 18, 2006, and December 13, 2006, respectively, pursuant to Federal Rule of Civil Procedure 4, and have acknowledged receipt of the complaint as shown by the file in this case; they have not answered or otherwise pleaded to the complaint; and that they are now in default. Defendants, Unknown Owners, Including Unknown Heirs and Legatees of Malinda E. Bearden, Deceased, and Non-Record Claimants were served by proper publication, commencing January 22, 2007, in the State Journal-Register newspaper, Springfield,

Illinois, pursuant to Federal Rule of Civil Procedure 4, and did not thereafter voluntarily appear in these proceedings; they have not answered or otherwise pleaded to the complaint; and that they are now in default.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that default be and the same is hereby entered against the defendants Malinda C. Gaddis, Travis E. Bearden, Mark A. Bearden, Timothy L. Bearden, Michael A. Bearden, Citi Finance Mortgage, fka Associates Finance, Inc., Unknown Owners, Including Unknown Heirs and Legatees of Malinda E. Bearden, Deceased, and Non-Record Claimants for their failure to appear, answer, or otherwise plead in this cause in the time and manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

IT IS FURTHER ORDERED that this cause of action is subject to dismissal for failure to prosecute unless within 14 days of the entry of this Order of Default, the United States of America makes application to the District Court for the entry of a default judgment.

ENTERED  March 29, 2007

___s/ Byron G. Cudmore_____
BYRON CUDMORE
UNITED STATES MAGISTRATE JUDGE