E-FILED
Thursday, 29 March, 2007   01:30:04 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-3182 |
| | ) |
| ESTATE OF MALINDA E. BEARDEN, | ) |
| MALINDA C. GADDIS, TRAVIS E. BEARDEN, | ) |
| MARK A. BEARDEN, TIMOTHY L. BEARDEN, | ) |
| MICHAEL A. BEARDEN, LARRY HARVELL, | ) |
| TRUSTEE FOR ASSOCIATES FINANCE, INC., | ) |
| UNKNOWN OWNERS, INCLUDING | ) |
| UNKNOWN HEIRS AND LEGATEES OF | ) |
| MALINDA E. BEARDEN, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF ENTRY OF DEFAULT ORDER**

You, Malinda C. Gaddis, Travis E. Bearden, Mark A. Bearden, Timothy L. Bearden, Michael A. Bearden, Citi Finance Mortgage, fka Associates Finance, Inc., Unknown Owners, Including Unknown Heirs and Legatees of Malinda E. Bearden, Deceased, and Non-Record Claimants, the above named defendants, are hereby advised pursuant to Section 5/2-1302 of Chapter 735 of the Illinois Compiled Statutes that on the 29th day of March, 2007, United States Magistrate Judge Byron Cudmore entered an Order of Default against you.  The title of this lawsuit is:  <u>United States v. Estate of Malinda E. Bearden, et al</u>.  The Court No. is:  06-3182 filed in the Office of the Clerk of the United States District Court for the Central District of Illinois, Springfield Division, 600 East Monroe Street, Springfield, Illinois 62701.

The date of entry of said Order of Default against you is:  March 29, 2007

Notice of Right to Redeem:  You may redeem the property within the time and in the manner provided by law.  In this case, the United States has requested that time for redemption be shortened because the property foreclosed upon in this proceeding is abandoned.

                                      Respectfully submitted,
                                      RODGER A. HEATON
                                      United States Attorney

                                      s/ James A. Lewis
By: _____
                                      James A. Lewis, NC Bar No. 5470
                                      Attorney for Plaintiff
                                      United States Attorney's Office
                                      318 South Sixth Street
                                      Springfield, IL  62701
                                      Telephone:  (217) 492-4450
                                      Fax:  (217) 492-4888
                                      Email:  jim.lewis2@usdoj.govRespectfully

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the foregoing to:

        Michael A. Bearden
        9577 Booth Road
        Pleasant Plains, IL 62667

        Malinda C. Gaddis
        215 E. Holden Street
        Virden, IL 62690-1415

        Travis Bearden
        215 E. Holden Street
        Virden, IL 62690-1415

        Timothy L. Bearden
        718 W. Stottler Place
        Gilbert, AZ 85233

        Mark A. Bearden
        421 S. Lincoln Street
        Divernon, IL 62530

        Citi Finance Mortgage
        fka Associates Finance, Inc.
        Attn: Gary Coleman
        1111 Northpoint Road
        Suite 100, Building 4
        Coppell, TX 75019

      March 29, 2007                           s/ James A. Lewis
Date:_____          _____