E-FILED
Tuesday, 10 April, 2007  09:01:52 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-3182 |
| | ) |
| ESTATE OF MALINDA E. BEARDEN, | ) |
| MALINDA C. GADDIS, TRAVIS E. BEARDEN, | ) |
| MARK A. BEARDEN, TIMOTHY L. BEARDEN, | ) |
| MICHAEL A. BEARDEN, LARRY HARVELL, | ) |
| TRUSTEE FOR ASSOCIATES FINANCE, INC., | ) |
| UNKNOWN OWNERS, INCLUDING | ) |
| UNKNOWN HEIRS AND LEGATEES OF | ) |
| MALINDA E. BEARDEN, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

## MOTION TO ENTER JUDGMENT

Plaintiff, United States of America, moves, pursuant to Rule 12 of Federal Rules of Civil Procedure and Chapter 735, Section 5/15-1506, of Illinois Compiled Statutes, for judgment for the relief prayed in the complaint for foreclosure of mortgage herein and, in support thereof, Plaintiff respectfully represents unto this Court that the material factual allegations of the complaint for foreclosure filed herein are established by the sworn Affidavit For Judgment of Douglas Wilson, State Director, Rural Development, attached as Exhibit A, and that the Defendant is not a military servicemember as established by the sworn Affidavit attached as Exhibit B.

                                            Respectfully submitted,
                                            RODGER A. HEATON
                                            United States Attorney

                                            s/ James A. Lewis
By: _____
                                            James A. Lewis, NC Bar No. 5470
                                            Attorney for Plaintiff
                                            United States Attorney's Office
                                            318 South Sixth Street
                                            Springfield, IL  62701
                                            Telephone:  (217) 492-4450
                                            Fax:  (217) 492-4888
                                            Email:  jim.lewis2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>ESTATE OF MALINDA E. BEARDEN, )<br>MALINDA C. GADDIS, TRAVIS E. )<br>BEARDEN, MARK A. BEARDEN, )<br>TIMOTHY L. BEARDEN, MICHAEL A. )<br>BEARDEN, LARRY HARVELL, )<br>TRUSTEE FOR ASSOCIATES FINANCE, )<br>INC., UNKNOWN OWNERS, )<br>INCLUDING UNKNOWN HEIRS AND )<br>LEGATEES OF MALINDA E. BEARDEN, )<br>DECEASED, AND NON-RECORD )<br>CLAIMANTS, )<br>)<br>)<br>)<br>)<br>Defendants. ) | CV. NO. 06-3182 |

### AFFIDAVIT FOR JUDGMENT

The Undersigned, having been duly sworn on oath, doth state:

1. The undersigned states that he is the State Director for Rural Development, United States Department of Agriculture and is authorized to make this Affidavit on behalf of plaintiff.

2. The undersigned is familiar with the material allegations contained in the Complaint for Foreclosure filed herein by plaintiff, and said allegations are true.

3. Defendant-mortgagor's account is in arrears in the payments due plaintiff, as described in said Complaint, in the amount of $13,703.27 of March 19, 2007.



GOVERNMENT
EXHIBIT

A

4. As of March 19, 2007, said defendant is be indebted to plaintiff in the following amounts under the terms of a loan secured by mortgage described in said Complaint, in addition to plaintiff's attorney fees incurred herein which are to be fixed by this court:

| | |
|---|---|
| Unpaid Balance of Principal | $26,961.14 |
| Unpaid Balance of Interest | $ 3,358.63 |
| Subsidy Assistance | $11,595.24 |
| Interest on Fees | $   325.11 |
| Fees Assessed | $ 6,563.05 |
| Court Costs Paid to Date | $ 1,521.64 |
| Total | $50,324.81 |
| Daily Accrual | $7.8068 |

5. To the best of the knowledge, information and belief of the undersigned; defendant herein is not now in active duty with the military forces of the United States or Allied Nations.

### CERTIFICATION

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement set forth in this instrument are true and correct, except as to matters therein states to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.



DOUGLAS WILSON
State Director

### ACKNOWLEDGMENT

Subscribed and sworn to before me, a notary, this 19th day of March 2007.

My Commission Expires:    April 4, 2007




Donna M. Wiltshire, Notary

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-3182 |
| | ) |
| ESTATE OF MALINDA E. BEARDEN, | ) |
| MALINDA C. GADDIS, TRAVIS E. BEARDEN, | ) |
| MARK A. BEARDEN, TIMOTHY L. BEARDEN, | ) |
| MICHAEL A. BEARDEN, LARRY HARVELL, | ) |
| TRUSTEE FOR ASSOCIATES FINANCE, INC., | ) |
| UNKNOWN OWNERS, INCLUDING | ) |
| UNKNOWN HEIRS AND LEGATEES OF | ) |
| MALINDA E. BEARDEN, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF MILITARY SERVICE

JAMES A. LEWIS says that he is the attorney for the plaintiff in the above-entitled action; that to the best of his information and belief the defendants, Malinda C. Gaddis, Travis E. Bearden, Mark A. Bearden, Timothy L. Bearden, and Michael A. Bearden, are not infants or incompetent persons and not in the military service within the purview of the Servicemembers' Civil Relief Act of 2003.

The attached letters were mailed to defendants at their last known address. To date, no responses have been received from said defendants. To further determine the military status of the defendant-mortgagors, the office of the undersigned attorney searched the following Defense Manpower Data Center website, https://www.dmdc.osd.mil/udpdri/owa/sscra.page by entering the mortgagors respective social security numbers. The national database confirmed that the mortgagors are not in the military service of the United States.

GOVERNMENT
EXHIBIT

B

I declare under penalty of perjury that the foregoing is true and correct. Dated this 10th day of April, 2007.

By: s/ James A. Lewis
_____
James A. Lewis, NC Bar No. 5470
Attorney for Plaintiff
United States Attorney's Office
318 South Sixth Street
Springfield, IL  62701
Telephone:  (217) 492-4450
Fax:  (217) 492-4888
Email:  jim.lewis2@usdoj.gov

U.S. Department of Justice



*United States Attorney*
*Central District of Illinois*
*Headquarters Office*

Rodger A. Heaton
United States Attorney

318 South Sixth Street
Springfield, IL 62701

TEL: (217) 492-4450
FAX: (217) 492-4888

November 15, 2006

Mark A. Bearden
421 S. Lincoln Street
Divernon, IL 62530

    Re:    United States v. Estate of Malinda E. Bearden, et al., Case No. 06-3182

Dear Mr. Bearden:

As you are aware, we are in the process of foreclosing on property at 402 Heather Lane, Auburn, IL 62615.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within ten (10) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

RODGER A. HEATON
United States Attorney

/s/ Kathleen G. Gaillard

Kathleen G. Gaillard
Legal Assistant

U.S. Department of Justice



United States Attorney
Central District of Illinois
*Headquarters Office*

---

Rodger A. Heaton
United States Attorney

318 South Sixth Street
Springfield, IL 62701

TEL: (217) 492-4450
FAX: (217) 492-4888

November 15, 2006

Timothy L. Bearden
718 W. Stottler Place
Gilbert, AZ  85233

    Re:   <u>United States v. Estate of Malinda E. Bearden, et al.</u>, Case No. 06-3182

Dear Mr. Bearden:

As you are aware, we are in the process of foreclosing on property at 402 Heather Lane, Auburn, IL 62615.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within ten (10) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

RODGER A. HEATON
United States Attorney

/s/ Kathleen G. Gaillard

Kathleen G. Gaillard
Legal Assistant

U.S. Department of Justice



United States Attorney
Central District of Illinois
*Headquarters Office*

---

Rodger A. Heaton
United States Attorney

318 South Sixth Street
Springfield, IL 62701

TEL: (217) 492-4450
FAX: (217) 492-4888

November 15, 2006

Travis Bearden
215 E. Holden Street
Virden, IL 62690-1415

Re: United States v. Estate of Malinda E. Bearden, et al., Case No. 06-3182

Dear Mr. Bearden:

As you are aware, we are in the process of foreclosing on property at 402 Heather Lane, Auburn, IL 62615.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within ten (10) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

RODGER A. HEATON
United States Attorney

/s/ Kathleen G. Gaillard

Kathleen G. Gaillard
Legal Assistant

U.S. Department of Justice



United States Attorney
Central District of Illinois
Headquarters Office

---

Rodger A. Heaton
United States Attorney

318 South Sixth Street
Springfield, IL 62701

TEL: (217) 492-4450
FAX: (217) 492-4888

November 15, 2006

Malinda C. Gaddis
215 E. Holden Street
Virden, IL 62690-1415

    Re:    <u>United States v. Estate of Malinda E. Bearden, et al.</u>, Case No. 06-3182

Dear Ms. Gaddis:

As you are aware, we are in the process of foreclosing on property at 402 Heather Lane, Auburn, IL 62615.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within ten (10) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

RODGER A. HEATON
United States Attorney

/s/ Kathleen G. Gaillard

Kathleen G. Gaillard
Legal Assistant



U.S. Department of Justice

*United States Attorney*
*Central District of Illinois*
*Headquarters Office*

---

Rodger A. Heaton
United States Attorney

318 South Sixth Street
Springfield, IL 62701

TEL: (217) 492-4450
FAX: (217) 492-4888

November 15, 2006

Michael A. Bearden
9577 Booth Road
Pleasant Plains, IL 62667

    Re:    <u>United States v. Estate of Malinda E. Bearden, et al.</u>, Case No. 06-3182

Dear Mr. Bearden:

As you are aware, we are in the process of foreclosing on property at 402 Heather Lane, Auburn, IL 62615.

It is necessary that we be informed as to whether or not you are currently in the military service, either active or reserve.

If no response is received from you within ten (10) days of the date of this letter, we will assume that you are not in the military service.

Very truly yours,

RODGER A. HEATON
United States Attorney

/s/ Kathleen G. Gaillard

Kathleen G. Gaillard
Legal Assistant