E-FILED
Tuesday, 10 April, 2007  09:03:06 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-3182 |
| | ) |
| ESTATE OF MALINDA E. BEARDEN, | ) |
| MALINDA C. GADDIS, TRAVIS E. BEARDEN, | ) |
| MARK A. BEARDEN, TIMOTHY L. BEARDEN, | ) |
| MICHAEL A. BEARDEN, LARRY HARVELL, | ) |
| TRUSTEE FOR ASSOCIATES FINANCE, INC., | ) |
| UNKNOWN OWNERS, INCLUDING | ) |
| UNKNOWN HEIRS AND LEGATEES OF | ) |
| MALINDA E. BEARDEN, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

N O T I C E

To:
| | | |
|---|---|---|
| Michael A. Bearden | Malinda C. Gaddis | Travis Bearden |
| 9577 Booth Road | 215 E. Holden Street | 215 E. Holden Street |
| Pleasant Plains, IL 62667 | Virden, IL 62690-1415 | Virden, IL 62690-1415 |
| | | |
| Timothy L. Bearden | Mark A. Bearden | Citi Finance Mortgage |
| 718 W. Stottler Place | 421 S. Lincoln Street | fka Associates Finance, Inc. |
| Gilbert, AZ  85233 | Divernon, IL 62530 | Attn:  Gary Coleman |
| | | 1111 Northpoint Road |
| | | Suite 100, Building 4 |
| | | Coppell, TX  75019 |

You are hereby notified that the Plaintiff, United States of America, on April 10, 2007, filed a Motion to Enter Judgment in this case.  Please be advised that the Court may rule on this Motion without further notice or a hearing, after the Motion has been on file for 14 days.

                Respectfully submitted,
                RODGER A. HEATON
                United States Attorney

                s/ James A. Lewis
By:   _____
                James A. Lewis, NC Bar No. 5470
                Attorney for Plaintiff
                United States Attorney's Office
                318 South Sixth Street
                Springfield, IL  62701
                Telephone:  (217) 492-4450
                Fax:  (217) 492-4888
                Email:  jim.lewis2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I mailed a copy of the foregoing to:

        Michael A. Bearden
        9577 Booth Road
        Pleasant Plains, IL 62667

        Malinda C. Gaddis
        215 E. Holden Street
        Virden, IL 62690-1415

        Travis Bearden
        215 E. Holden Street
        Virden, IL 62690-1415

        Timothy L. Bearden
        718 W. Stottler Place
        Gilbert, AZ  85233

        Mark A. Bearden
        421 S. Lincoln Street
        Divernon, IL 62530

        Citi Finance Mortgage
        fka Associates Finance, Inc.
        Attn:  Gary Coleman
        1111 Northpoint Road
        Suite 100, Building 4
        Coppell, TX  75019


    April 10, 2007                        s/ James A. Lewis
Date:_____            _____