E-FILED
Wednesday, 06 June, 2007  09:19:24 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-3182 |
| | ) |
| ESTATE OF MALINDA E. BEARDEN, | ) |
| MALINDA C. GADDIS, TRAVIS E. BEARDEN, | ) |
| MARK A. BEARDEN, TIMOTHY L. BEARDEN, | ) |
| MICHAEL A. BEARDEN, LARRY HARVELL, | ) |
| TRUSTEE FOR ASSOCIATES FINANCE, INC., | ) |
| UNKNOWN OWNERS, INCLUDING | ) |
| UNKNOWN HEIRS AND LEGATEES OF | ) |
| MALINDA E. BEARDEN, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

NOTICE OF MARSHAL'S SALE

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:

> Darrel Monts
> Rural Development Specialist
> 1904 West Lafayette, Suite 1
> Jacksonville, IL 62650
>
> Telephone No: 217-243-1635, Ext. 4

2. The common address and other common description, if any, of the real estate is:

> 402 Heather Lane, Auburn, IL 62615

3. The legal description of the real estate is:

    Lot Three Hundred Sixty-eight (368) Plat Thirty-Nine (39) Meadow Brook Subdivision, City of Auburn, County of Sangamon and State of Illinois. Excepting the coal and mineral rights underlying the surface of said land and all rights and easements in favor of the estate of said coal and minerals.

    PIN NO. 34-11-128-008

4. The real estate may be inspected prior to sale at the following times:

    Available for inspection during business hours upon reasonable advance notice to the county office listed above.

5. The time and place of the sale are:

    July 24, 2007, at 9:30 a.m., at the front door of the Sangamon County Courthouse, Springfield, Illinois.

6. The terms of the sale are:

    10% of purchase price at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe Street, Room 136, Peoria, Illinois 61602 within thirty (30) days of date of sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2006 and 2007, which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record.

8. At said sale I shall give to the purchaser or purchasers a Certificate of Sale in writing describing the lands and tenements purchased and the sum paid therefor. Upon confirmation of said sale by the Court, the holder of said Certificate of Sale shall be entitled to a deed for said premises.

DATED at Springfield, Illinois, this 31st day of May, 2007.

>s/ Steven D. Deatherage
>_____
>STEVEN D. DEATHERAGE
>UNITED STATES MARSHAL
>CENTRAL DISTRICT OF ILLINOIS

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **NOTICE OF MARSHAL'S SALE** has been placed in the United States mail, via certified mail, return receipt requested, and regular mail, addressed to:

Michael A. Bearden
9577 Booth Road
Pleasant Plains, IL 62667

Malinda C. Gaddis
215 E. Holden Street
Virden, IL 62690-1415

Travis Bearden
215 E. Holden Street
Virden, IL 62690-1415

Timothy L. Bearden
718 W. Stottler Place
Gilbert, AZ 85233

Mark A. Bearden
421 S. Lincoln Street
Divernon, IL 62530

Citi Finance Mortgage
fka Associates Finance, Inc.
Attn: Gary Coleman
1111 Northpoint Road
Suite 100, Building 4
Coppell, TX 75019

|  |  |
|---|---|
| June 6, 2007 | s/ James A. Lewis |
| Date: _____ | _____ |