Certificate of Publication in THE STATE JOURNAL-REGISTER by GateHouse Media Illinois Holdings, Inc.

STATE OF ILLINOIS } ss
COUNTY OF SANGAMON

GATEHOUSE MEDIA ILLINOIS HOLDINGS, INC., DOES HEREBY CERTIFY:

That it is a corporation duly organized and existing under the laws of the State of Illinois;

That it is the publisher of *The State Journal-Register*, a secular daily newspaper printed and published in the City of Springfield, in Sangamon County, Illinois, and of general circulation in said City, County and State; and that it is a newspaper as defined in "An Act to revise the law in relation to notices" - Illinois Compiled Statutes, Chapter 715 Sections 1 and 5.

That a notice of which the annexed is a true copy has been regularly published in said newspaper one time each for our successive weeks; that the first publication of said notice was on the eighteenth day of June, 2007, and the last publication thereof was on the ninth day of July, 2007;

That the face of type in which each publication of said notice was printed was the same as the body of type used in the classified advertising in the newspaper in which said publication was made;

That said *The State Journal-Register* has been regularly published in said City, County and State for at least one year Prior to publication of said notice.

In WITNESS WHEREOF, said GateHouse Media Illinois Holdings, Inc., publisher as aforesaid, has executed this Certificate of Publication by its Officer or Agent thereunto duly authorized this ninth day of July, 2007.

GATEHOUSE MEDIA ILLINOIS HOLDINGS, INC.

By 
ITS VICE PRESIDENT

Printer's Fee $673.44

07-621