**E-FILED**

Monday, 06 August, 2007 02:32:46 PM
Clerk, U.S. District Court, ILCD

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 06-3182 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Estate of Malinda E. Bearden, et al. | Marshal's Sale |

**SERVE** ➡

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

SALE DATE:   July 24, 2007, 9:30 a.m.

**AT**

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SALE LOCATION:  Sangamon County Courthouse, Springfield, IL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James A. Lewis, AUSA
318 South Sixth Street
Springfield, IL  62701

KGG

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                                    Fold

| Signature of Attorney or other Originator requesting service on behalf of: *James A. Lewis* | XX PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 217-492-4450 | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 5 | Signature of Authorized USMS Deputy or Clerk | Date 5-31-7 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) Crayle Kay Route | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) P.O. Box 83353 Los Angeles, CA 90083 | Date of Service 07/24/07   Time 8:45   am / pm |
| | Signature of U.S. Marshal or Deputy  Larry Hollis |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | -0- | | 45.00 | | $45.00 | |

REMARKS:

Property sold to Crayle Kay Route, successful bidder

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|