**E-FILED**
Wednesday, 12 September, 2007  12:11:43 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 06-3182 |
| | ) | |
| ESTATE OF MALINDA E. BEARDEN, | ) | |
| MALINDA C. GADDIS, TRAVIS E. BEARDEN, | ) | |
| MARK A. BEARDEN, TIMOTHY L. BEARDEN, | ) | |
| MICHAEL A. BEARDEN, LARRY HARVELL, | ) | |
| TRUSTEE FOR ASSOCIATES FINANCE, INC., | ) | |
| UNKNOWN OWNERS, INCLUDING | ) | |
| UNKNOWN HEIRS AND LEGATEES OF | ) | |
| MALINDA E. BEARDEN, DECEASED, AND | ) | |
| NON-RECORD CLAIMANTS, | ) | |
| | ) | |
| Defendants. | ) | |

## UNITED STATES MARSHAL'S REPORT OF SALE

I, STEVEN D. DEATHERAGE, United States Marshal for the Central District of

Illinois, respectfully report that none of the Defendants in this cause having paid the amount due

as required by the Decree and Order Directing Foreclosure and Sale entered herein on May 11,

2007, within the time limited by such Decree, I duly advertised for sale at public vendue to the

highest and best bidder at the front door of the Courthouse of Sangamon County, in the City of

Springfield, Illinois, on the 24th day of July, 2007, at the hour of 9:30 A.M., by causing a Notice

thereof, containing the title of said cause, the names of the parties hereto, the name of the Court

in which said cause was pending, a description of the premises sought to be sold, and a statement

of the time, place and terms of sale to be published once each week for four (4) consecutive

weeks in The State Journal-Register, a secular newspaper of general circulation printed and

published in the City of Springfield, Illinois, which newspaper has been regularly published in

said City for more than six (6) months continuously and immediately prior to the first

publication of said Notice, the first publication of said Notice was on June 18, 2007, and the last publication on July 9, 2007, all of which appears from a Certificate of Publication on file in this cause.

1.  At the time and place designated for the sale ordered herein, the undersigned offered said premises for sale to the highest bidder and Gayle Kay Route, P.O. Box 83353, Los Angeles, CA  90083, bid the sum of $55,500.00, and that being the highest bid offered, I sold said real estate to said highest bidder.

2.  Said purchaser paid to plaintiff the amount of said bid in full satisfaction of said Judgment of Foreclosure.

3.  The undersigned has executed and delivered to the purchaser at said sale a Certificate of Sale and has caused to be filed in the Office of the Recorder of Deeds of said county, the original or a duplicate original of said certificate.

4.  The total amount of indebtedness secured by the mortgage foreclosed herein and the Judgment of Foreclosure entered herein and the deficiency, if any, are computed as follows:

Amount found due in judgment as of March 19, 2007:

Unpaid principal balance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $26,961.14

Accrued interest at $7.8068 per day and unpaid as of 03/19/07 . . . . . . . $3,358.63

Accrued interest from 03/20/07 to 05/11/07,
 the date of entry of judgment  (53 days @ $7.8068 per day)  . . . . . . . . . $413.76

Accrued federal interest from 05/12/07 to 07/24/07,
 the date of sale (74 days @ $3.6121 per day) . . . . . . . . . . . . . . . . . . . . . $267.30

Subsidy Recapture . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $11,595.24

Interest on fees . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $325.11

Fees assessed . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $6,563.05

Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $49,484.23

2

<u>Costs of Sale</u>:

      Marshal's commission (3% of 1st $1,000 &
       1½% of remaining bid balance) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $765.00

      Marshal's fee for conducting sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $45.00

      Docket Fee . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $350.00

      Recording Notice of Foreclosure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $29.00

      Release Notice of Foreclosure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $29.00

      Publication Charges (Service) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,142.64

      Publication Charges (Notice of Sale) . . . . . . . . . . . . . . . . . . . . . . . . . . . <u>$915.45</u>

          Total amount of indebtedness . . . . . . . . . . . . . . . . . . . . . . . . . $52,760.32

Amount of bid at sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $55,500.00

Amount of surplus
(the distribution of which to be determined at a later date) . . . . . . . . . . . . . . . . $2,739.68

5. It is also reported:

  i)    A notice required in accordance with Chapter 735 ILCS, Section 5/15-
       1507(c) was given;

  ii)  The terms of sale were fair and not unconscionable;

  iii)  The sale was conducted fairly and without fraud;

  iv)  Justice was done by the sale.

Respectfully submitted this 23rd day of August, 2007.

                    s/ Steven D. Deatherage

                    _____
                    STEVEN D. DEATHERAGE
                    UNITED STATES MARSHAL
                    CENTRAL DISTRICT OF ILLINOIS

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **MARSHAL'S REPORT OF SALE** has

been placed in the United States mail, addressed to:

        Michael A. Bearden
        9577 Booth Road
        Pleasant Plains, IL 62667

        Malinda C. Gaddis
        215 E. Holden Street
        Virden, IL 62690-1415

        Travis Bearden
        215 E. Holden Street
        Virden, IL 62690-1415

        Timothy L. Bearden
        718 W. Stottler Place
        Gilbert, AZ  85233

        Mark A. Bearden
        421 S. Lincoln Street
        Divernon, IL 62530

        Citi Finance Mortgage
        fka Associates Finance, Inc.
        Attn:  Gary Coleman
        1111 Northpoint Road
        Suite 100, Building 4
        Coppell, TX  75019

        Gayle Kay Route
        P.O. Box 83353
        Los Angeles, CA  90083

      September 12, 2007            s/ James A. Lewis

Date: _____         _____