UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ESTATE OF MALINDA E. BEARDEN, MALINDA C. GADDIS, TRAVIS E. BEARDEN, MARK A. BEARDEN, TIMOTHY L. BEARDEN, MICHAEL A. BEARDEN, LARRY HARVELL, TRUSTEE FOR ASSOCIATES FINANCE, INC., UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF MALINDA E. BEARDEN, DECEASED, AND NON-RECORD CLAIMANTS, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) CIVIL NO. 06-3182 |

UNITED STATES MARSHAL'S CERTIFICATE OF PURCHASE

I, STEVEN D. DEATHERAGE, United States Marshal for the Central District of Illinois, do hereby certify that in pursuance of Notice duly given by virtue of the Judgment of Foreclosure made in this cause on May 11, 2007, I, the undersigned, on the 24th day of July, 2007, at 9:30 A.M., did offer for sale subject to confirmation by this Court at public auction to the highest and best bidder for cash, at the front door of the Courthouse in Sangamon County, Springfield, Illinois, the lands and premises described in said Decree and that Gayle Kay Route, P.O. Box 83353, Los Angeles, CA  90083, having bid therefore the sum of $55,500.00, and the said bid

being the highest and best bid offered for said premises at the said sale, I accordingly struck off and sold to the said bidder for the said sum so bid the said premises, which are situated in the County of Sangamon, Illinois, and described as follows, to-wit:

> Lot Three Hundred Sixty-eight (368) Plat Thirty-Nine (39) Meadow Brook Subdivision, City of Auburn, County of Sangamon and State of Illinois. Excepting the coal and mineral rights underlying the surface of said land and all rights and easements in favor of the estate of said coal and minerals.
>
> PIN NO. 34-11-128-008

together with all buildings and improvements thereon and the tenements, appurtenances and hereditaments thereunto belonging, subject to the general taxes for the years 2006 and 2007, which are a lien, and any special assessments or special taxes levied or assessed against the said real estate and easements and restrictions of record.

Said purchaser will be entitled to a deed to said premises upon confirmation of said sale.

WITNESS my hand this 23rd day of August, 2007.


s/ Steven D. Deatherage
_____
STEVEN D. DEATHERAGE
UNITED STATES MARSHAL
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS: |
| COUNTY OF SANGAMON | ) |

## ACKNOWLEDGMENT

On this 23rd day of August, 2007, before me, Clerk of the United States District Court for the Central District of Illinois, the undersigned, personally appeared STEVEN D. DEATHERAGE, known to me to be the United States Marshal for the said Central District of Illinois, and the person whose name is subscribed to the within and foregoing instrument, and acknowledged that he executed the same as the United States Marshal as aforesaid as and for the purposes therein set forth.

JOHN M. WATERS
Clerk of the U.S. District Court

s/ H. Kallister
_____
Deputy Clerk

This instrument was prepared by James A. Lewis, Assistant United States Attorney, 318 South Sixth Street, Springfield, Illinois 62701.

Send tax statement to and return this recorded document to: Gayle Kay Route, P.O. Box 83353, Los Angeles, CA 90083.