United States District Court
Central District of Illinois

Case No. 06-3182
United States vs. Estate of Malinda E. Bearden

FILED
OCT 3 0 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Re:** <u>The right of the surplus that includes sale proceeds of $2,739.68.</u>

    I Malinda Bearden believe that the surplus of the sale of my mother's home should be split between the five siblings (Michael Bearden, Timothy Bearden, Mark Bearden, Malinda C. Bearden, and Travis Bearden).

    The reason for this is my mother Malinda E. Bearden was paying the mortgage till the day of her passing. After her passing I Malinda C. and my Brother Travis continued to live in the home making the mortgage payments that Citi Finance Mortgage then increased because of the higher income level. When this happened we fell behind making the payments, and Citi Financial went through with a foreclosure process. I Malinda C. came up with the money to stop the process but Citi Financial went through with the foreclosure anyway.

    So I believe if there is a surplus from the selling of the home that the money should be split among the Estate of Malinda E. Bearden. I am sending this written claim to all my siblings and to Citi Financial.

**Signature** _Malinda C. Gaddis (Bearden)_

Michael Bearden
9577 Booth Road
Pleasant Plaines, IL 62667

Mark Bearden
421 S. Lincoln Street
Divernon, IL 62530

Timothy Bearden
718 W. Stottler Place
Gilbert, AZ 85233

Travis Bearden
1236 N. Oaklane Rd. Lot 259
Springfield, IL 62707

Malinda C. Gaddis
215 E. Holden Street
Virden, IL 62690

Citi Finance Mortgage fka Associates Finance Inc
1111 Northpoint Road Suite 100 Building 4
Coppell, Tx 75019  Attn: Gary Coleman