IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 06-3182 |
| | ) |
| ESTATE OF MALINDA E. BEARDEN, | ) |
| MALINDA C. GADDIS, TRAVIS E. BEARDEN, | ) |
| MARK A. BEARDEN, TIMOTHY L. BEARDEN, | ) |
| MICHAEL A. BEARDEN, LARRY HARVELL, | ) |
| TRUSTEE FOR ASSOCIATES FINANCE, INC., | ) |
| UNKNOWN OWNERS, INCLUDING | ) |
| UNKNOWN HEIRS AND LEGATEES OF | ) |
| MALINDA E. BEARDEN, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

**UNITED STATES' MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY**

There is some Illinois law on the question that was presented at the hearing this morning, including <u>Kankakee Federal Savings and Loan Assoc. v. Mueller</u>, 134 Ill.App. 3d 943, 481 N.E. 2d 332 (3rd Dist. 1985), and <u>Members Equity Credit Union v. Duefel</u>, 295 Ill.App. 3d 336, 692 N.E. 2d 865 (3rd Dist. 1998). The <u>Mueller</u> case appears to be on point: the first mortgagee filed for foreclosure; Municipal Trust & Savings Bank held a second mortgage; Municipal Trust defaulted; there was a judgment, a sale and a surplus; Municipal Trust appeared and sought this surplus; the Muellers, as mortgagors, sought the surplus as well; the Court of Appeals cited Illinois authority, and concluded that there was "no error in the court's determination, upon subsequent proof of a remaining balance on the junior mortgage, in ordering distribution of the surplus proceeds to Municipal Trust." 481 N.E. 2d at 334. In <u>Duefel</u>, by comparison, the second mortgagee filed foreclosure; this presented the somewhat different question when the first mortgagee (never a party) and the mortgagor sought the surplus.

The Court may well have this authority. If not, this may be of assistance.

>
> Respectfully submitted,
> RODGER A. HEATON
> United States Attorney
>
> s/ James A. Lewis
>
> By: _____
>
> James A. Lewis, NC Bar No. 5470
> Attorney for Plaintiff
> United States Attorney's Office
> 318 South Sixth Street
> Springfield, IL  62701
> Telephone:  217-492-4450
> Fax:  217-492-4888
> email:  jim.lewis2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been placed in the United States mail, addressed to:

>Michael A. Bearden
>9577 Booth Road
>Pleasant Plains, IL 62667
>
>Malinda C. Gaddis
>215 E. Holden Street
>Virden, IL 62690-1415
>
>Travis Bearden
>215 E. Holden Street
>Virden, IL 62690-1415
>
>Timothy L. Bearden
>718 W. Stottler Place
>Gilbert, AZ 85233
>
>Mark A. Bearden
>421 S. Lincoln Street
>Divernon, IL 62530
>
>Citi Finance Mortgage, Inc.
>fka Associates Finance, Inc.
>Attn: Gary Coleman
>1111 Northpoint Road
>Suite 100, Building 4
>Coppell, TX 75019

|  |  |
|---|---|
| January 31, 2008 | s/ James A. Lewis |
| Date: _____ | _____ |