BYRON CUDMORE
UNITED STATES MAGISTRATE JUDGE

124 U.S. COURTHOUSE
600 E. MONROE STREET
SPRINGFIELD, ILLINOIS 62701

RECEIVED
DATE 2/12/08

FILED
FEB 12 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Travis Bearden
215 Holden St.
Vird

NIXIE    617  CC 1        72  02/08/08
        RETURN TO SENDER
        ATTEMPTED - NOT KNOWN
        UNABLE TO FORWARD
BC: 62701152699    *2361-08671-31-41

## Notices

<u>3:06-cv-03182-JES-BGC United States of America v. Estate of Malinda E. Bearden et al</u>
**CASE CLOSED on 05/15/2007**
35, 36, CLOSED, REFER

## U.S. District Court

## CENTRAL DISTRICT OF ILLINOIS

### Notice of Electronic Filing

The following transaction was entered on 12/28/2007 at 10:22 AM CST and filed on 12/28/2007
**Case Name:** United States of America v. Estate of Malinda E. Bearden et al
**Case Number:** <u>3:06-cv-3182</u>
**Filer:**
**WARNING: CASE CLOSED on 05/15/2007**
**Document Number:** No document attached

Docket Text:
**NOTICE OF HEARING: Hearing on Claimants' Rights set Thursday, 1/31/2008, at 10:00 AM before Magistrate Judge Byron G. Cudmore in Springfield Federal Court. All claimants and counsel for Citi Finance Mortgage to appear in person in Courtroom III, 1st Floor, 600 E. Monroe, Springfield, Illinois. (LB, ilcd)**

**3:06-cv-3182 Notice has been electronically mailed to:**

James A Lewis    jim.lewis2@usdoj.gov, kathleen.gaillard@usdoj.gov

**3:06-cv-3182 Notice has been delivered by other means to:**

## Other Events

3:06-cv-03182-JES-BGC United States of America v. Estate of Malinda E. Bearden et al
**CASE CLOSED on 05/15/2007**
35, 36, CLOSED, REFER

## U.S. District Court

## CENTRAL DISTRICT OF ILLINOIS

### Notice of Electronic Filing

The following transaction was entered on 12/28/2007 at 10:24 AM CST and filed on 12/28/2007
**Case Name:** United States of America v. Estate of Malinda E. Bearden et al
**Case Number:** 3:06-cv-3182
**Filer:**
**WARNING: CASE CLOSED on 05/15/2007**
**Document Number:** No document attached

**Docket Text:**
**REMARK: Copy of Notice of Hearing sent this date via U.S. Mail to Attorney Richard Snow and the debtor's children, Michael Bearden, Timothy Bearden, Malinda C. Gaddis, Mark Bearden and Travis Bearden. (LB, ilcd)**

**3:06-cv-3182 Notice has been electronically mailed to:**

James A Lewis    jim.lewis2@usdoj.gov, kathleen.gaillard@usdoj.gov

**3:06-cv-3182 Notice has been delivered by other means to:**