E-FILED
Thursday, 08 May, 2008  08:54:18 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ESTATE OF MALINDA E. BEARDEN, MALINDA C. GADDIS, TRAVIS E. BEARDEN, MARK A. BEARDEN, TIMOTHY L. BEARDEN, MICHAEL A. BEARDEN, LARRY HARVELL, TRUSTEE FOR ASSOCIATES FINANCE, INC., UNKNOWN OWNERS, INCLUDING UNKNOWN HEIRS AND LEGATEES OF MALINDA E. BEARDEN, DECEASED, AND NON-RECORD CLAIMANTS, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) CIVIL NO. 06-3182 |

RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on August 22, 2006, and recorded in the Recorder's Office in Sangamon County, Illinois, on September 6, 2006, as Document No. 2006R34536, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above-entitled mortgage foreclosure action was filed on August 22, 2006, and is now pending.

(i) The name of the plaintiff and the case number are identified above.

(ii) The court in which said action was brought is identified above.

(iii)  The name of the title holder of record is:  Malinda E. Bearden (now deceased)

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lot Three Hundred Sixty-eight (368) Plat Thirty-Nine (39)
> Meadow Brook Subdivision, City of Auburn, County of Sangamon
> and State of Illinois.  Excepting the coal and mineral rights
> underlying the surface of said land and all rights and easements in
> favor of the estate of said coal and minerals.
>
> PIN NO. 34-11-128-008

(v)  A common address or description of the location of the real estate is as follows:

> 402 Heather Lane, Auburn, IL  62615

(vi)  An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Names of mortgagors: | Malinda E. Bearden (deceased) and George A. Bearden (deceased) |
| Name of mortgagee: | United States of America, United States Department of Agriculture |
| Date of mortgage: | June 25, 1987 |
| Date of recording: | July 2, 1987 |
| County where recorded: | Sangamon County, Illinois |

Recording document identification:   Recorded as Doc. No. 71733

                          Respectfully submitted,
                          RODGER A. HEATON
                          United States Attorney

                          s/ James A. Lewis
By: _____
                          James A. Lewis, NC Bar No. 5470
                          Attorney for Plaintiff
                          United States Attorney's Office
                          318 South Sixth Street
                          Springfield, IL  62701
                          Telephone:  217-492-4450
                          Fax:  217-492-4888
                          email:  jim.lewis2@usdoj.gov

This instrument was prepared by James A. Lewis,  Assistant United States Attorney, 318 South Sixth Street, Springfield, IL  62701.

Please return recorded release to James A. Lewis, Assistant United States Attorney, 318 South Sixth Street, Springfield, IL  62701.